# NOT DESIGNATED FOR PUBLICATION

Gerald Francis Slattery  Jr.
Schully, Roberts, Slattery
1100 Poydras St., Ste 1800
New Orleans LA 70163

Phillip A. Wittmann
Stone, Pigman, Walther
546 Carondelet St.
New Orleans LA 70130

James R. Nieset
Plauche, Smith, & Nieset
P.O. Drawer 1705
Lake Charles LA 70602-0000

**REHEARING ACTION: March 26, 2008**

**Docket Number: 07   01521-CW**

**DORE ENERGY CORPORATION
VERSUS
CARTER-LANGHAM, INC., ET AL**

**Writ Application from Cameron Parish Case No. 10-16202**

**BEFORE JUDGES:**

**Hon. John D. Saunders
Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Michael G. Sullivan
Hon. Glenn B. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Samedan Oil Corporation** has this day been

> **DENIED.**
> Sullivan, J., would grant.

cc: Ryan M. Seidemann, Counsel for  the Respondent
   Richard Allen Curry, Counsel for  the Respondent
   Gladstone N. Jones, III, Counsel for the Applicant
   Eberhard Darrow Garrison, Counsel for the Applicant
   Kevin E. Huddell, Counsel for the Applicant
   Bernard E. Boudreaux, Jr., Counsel for the Applicant
   Harry T. Lemmon, Counsel for the Applicant
   Glenn W Alexander, Counsel for the Applicant
   Jennifer Jones Bercier, Counsel for the Applicant
   Billy Richard Moore  Jr., Counsel for  the Respondent
   Ernest L. Edwards, Counsel for  the Respondent
   Chad Ellis Mudd, Counsel for  the Respondent
   Lawrence Paul Simon, Jr., Counsel for  the Respondent
   Donald R. Abaunza, Counsel for  the Respondent
   Patrick Wise Gray, Counsel for  the Respondent
   Stephen Marcus Larzelere, Counsel for  the Respondent
   Isaac Jackson  Jr., Counsel for  the Respondent

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**